UNITED STATES DISTRICT COURT

**ORIGINAL**

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Civil File No. 01-1997 JMR/FLN

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

CONSOLIDATED INSTALLATION COMPANIES, INC., and CYNDI J. YARMOSKA, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: March 19, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: March 22nd, 2002

Then Honorable James M. Rosenbaum
Judge of District Court